STATE OF NEW JERSEY v. ANTHONY GAGLIARDI.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE ANTONIO ROSADO.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD MARSHALL.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFONSO LEAKE.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD MCADAMS.

September 17, 1985.

Petition for certification denied.